El Juez Asociado Sr. Córdova Dávila no intervino.

Núm. 7257.—PUEBLO, aplte., *v.* UNITED THEATERS, INC., ET ALS., apldos.—C. D. San Juan. ▄▄▄▄▄▄ Febrero 7, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden sobre desestimación de la presente apelación, examinada la opinión de la Corte Suprema de los Estados Unidos en.el caso de *El Pueblo* v. *The Shell Co. (P. R.) Limited,* decidido en diciembre 6, 1937, y no apareciendo claramente frívola la apelación interpuesta en el caso de epígrafe, *no ha lugar* a la desestimación solicitada.

El Juez Asociado Sr. Córdova Dávila no intervino.